HUGO A. SPALINSKI, APPELLANT, v. STEPHEN J. SUTO, RESPONDENT.

Submitted February 13, 1943—Decided April 29, 1943.

For the appellant, *Mario H. Volpe.*

For the respondent, *David Deitz.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, DEAR, WELLS, RAFFERTY, THOMPSON, JJ. 10.

*For reversal*—None.